# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2278

_____

Virgil O. Hooker; Dora E. Hooker;    *

David O. Hooker; Gloria J. Hooker,    *

   *

       Appellants,    *

   *    Appeal from the United States

     v.    *    District Court for the

   *    Eastern District of Arkansas

Bentley E. Story,    *

   *      [UNPUBLISHED]

       Appellee.    *

_____

Submitted:    October 6, 1998

Filed:    August 10, 1999

_____

Before McMILLIAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Virgil O. Hooker, Dora E. Hooker, David O. Hooker, and Gloria J. Hooker appeal from the final judgment entered in the District Court[1] for the Eastern District of Arkansas dismissing their 42 U.S.C. § 1983 action against Arkansas Chancery Judge Bentley E. Story, and from orders denying various postjudgment motions. This court

_____

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

has already affirmed the dismissal of this action, <u>see</u> <u>Hooker v. Story</u>, No. 98-1658, 141 F.3d 1168 (table), 1998 WL 166496 (8th Cir. Apr. 7, 1998) (unpublished per curiam), and the filing of the earlier notice of appeal divested the district court of jurisdiction over subsequently filed pleadings, <u>see</u> <u>Griggs v. Provident Consumer Discount Co.</u>, 459 U.S. 56, 58 (1982) (per curiam). Accordingly, the district court properly denied relief, and we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.